IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01213-BNB

SHAWN P. WILLIAMS,

    Plaintiff,

v.

RONALD WILEY, et al.,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 0 9 2009

GREGORY C. LANGHAM
                 CLERK

---

## ORDER OF DISMISSAL

Plaintiff, Shawn P. Williams, is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the United States Penitentiary, Administrative Maximum, in Florence, Colorado. He submitted to the Court *pro se* a letter to the clerk of the Court and a motion titled "Motion to Ammend [sic]." The Court reviewed the documents and determined they were deficient. Therefore, in an order filed on May 27, 2009, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Williams to cure a deficiency in the case within thirty days if he wished to pursue his claims.

The May 27, 2009, order pointed out that Mr. Williams failed either to pay the $350.00 filing fee or to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. The order warned Mr. Williams that if he failed to cure the designated deficiency within thirty days, the complaint and the action would be dismissed without prejudice and without further notice. Mr. Williams has failed within

the time allowed to cure the designated deficiency or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to cure and for failure to prosecute. It is

FURTHER ORDERED that the motion to amend is denied as moot.

DATED at Denver, Colorado, this 8 day of July, 2009.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01213-BNB

Shawn P. Williams
Reg. No. 09915-036
ADX - Florence
PO Box 8500
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 7/9/09

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk